MOED-0001 DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

FRANCU ONE LLC, a Maryland limited liability company, and GLOBAL ANESTHESIA SERVICES LLC, a Maryland limited liability company )
)
Plaintiff(s), ) Case No.
)
vs. )
)
NATIONAL MEDICAL BILLING SERVICES, LLC, d/b/a NIMBLE SOLUTIONS, as successor-in-interest to MEDI-CORP, INC., )
)
Defendant(s). )

**Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about FRANCU ONE LLC:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

No

b. Its parent companies or corporations (if none, state "none"):

No

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

No

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

No

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Plaintiff Francu One LLC is, and at all relevant times was, a Maryland limited liability company with its principal place of business in Maryland. Upon information and belief, its sole member is Dr. Tudor Francu, a natural person and citizen of Maryland.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

3. If the subject is an organizational victim in a criminal case,

a. The victim's identity ______________________________________________________

b. If the victim is a corporation,

1. Whether it is publicly traded, and if it is, on which exchange(s):

2. Its parent companies or corporations (if none, state "none"):

3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

s/ *Ronald W. Chapman II*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Ronald W. Chapman II
Address: 456 E. Milwaukee Ave.,
City/State/Zip: Detroit MI, 48180
Phone: (346) 242-7626

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
September 25, 2026.

Ronald W. Chapman II
Signature